# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEPHANIE THOM, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 2:23-cv-02517-KHV-GEB |
| THE UNIVERSITY OF KANSAS SCHOOL OF MEDICINE and UNIVERSITY OF KANSAS PHYSICIANS, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT AMENDED NOTICE OF MEDIATION

Pursuant to the Court's Scheduling Order (Doc. 23), and the Court's Order granting the parties' Joint Motion to Amend the Scheduling Order to Permit Additional Time for Mediation (Doc. 36), Plaintiff Stephanie Thom, M.D. and Defendants The University of Kansas School of Medicine and University of Kansas Physicians, Inc. hereby provide notice to the Court that this matter will be mediated in-person with David Vogel of Eischens + Vogel Mediation Solutions on Thursday, December 19, 2024. The contact information for Mr. Vogels is as follows: Eischens + Vogel Mediation Solutions, 8013 Park Ridge Drive, Parkville, Missouri 64156, (816) 945-6393, dave@evmediations.com. The mediation will be held at the offices of Lathrop GPM LLP, 2345 Grand Boulevard, Suite 2200, Kansas City, Missouri 64108.

Dated this 6th day of December, 2024.

Respectfully submitted,

LATHROP GPM LLP

*/s/ Ellen C. Rudolph*
Bridget B. Romero (21938)
Ellen C. Rudolph (27945)
2345 Grand Boulevard, Suite 2200
Kansas City, Missouri 64108-2618
Telephone: (816) 292-2000
Telecopier: (816) 292-2001
bridget.romero@lathropgpm.com
ellen.rudolph@lathropgpm.com

**ATTORNEYS FOR DEFENDANT THE UNIVERSITY OF KANSAS PHYSICIANS, INC.**

*/s/ Sean Cooper*
Lara K. Pabst
Sean Cooper
KRIGENT NUGENT + MOORE, P.C.
4520 Main Street, Suite 700
Kansas City, Missouri 64111
lpabst@knmlaw.com
scooper@knmlaw.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Megan D. Costello*
Kathleen M. Nemecheck
Megan D. Costello
BERKOWITZ OLIVER LLP
2600 Grand Boulevard, Suite 1200
Kansas City, MO 64108
knemecheck@berkowitzoliver.com
mcostello@berkowitzoliver.com

**ATTORNEYS FOR DEFENDANT THE UNIVERSITY OF KANSAS SCHOOL OF MEDICINE**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 6th day of December, 2024, the foregoing was filed using the Court's CM/ECF electronic filing system which will send a notice of electronic filing to all counsel of record.

                                      */s/ Ellen C. Rudolph*
                                      **AN ATTORNEY FOR DEFENDANT UNIVERSITY OF KANSAS PHYSICIANS, INC.**