## UNITED STATES DISTRICT COURT
## DISTRICT OF KANSAS

| | |
|---|---|
| STEPHANIE THOM, | ) |
| | ) |
|           Plaintiff, | ) |
| | ) |
|     v. | )   Case No. 2:23-cv-02517-KHV-GEB |
| | ) |
| THE UNIVERSITY OF KANSAS | ) |
| SCHOOL OF MEDICINE, and | ) |
| | ) |
| UNIVERSITY OF KANSAS PHYSICIANS, | ) |
| | ) |
|           Defendants. | ) |

### AMENDED CERTIFICATE OF SERVICE

The undersigned counsel for Defendant The University of Kansas hereby certifies that, on January 8, 2025, a true and correct copy of the following:

*Defendant University of Kansas's Third Set of Interrogatories to Plaintiff*

was served by electronic mail on the following counsel of record:

> Lara K. Pabst
> Sean R. Cooper
> Krigel Nugent + Moore P.C.
> 4520 Main Street, Suite 700
> Kansas City, Missouri 64111
> lpabst@knmlaw.com
> scooper@knmlaw.com
>
> ***Attorneys for Plaintiff Stephanie Thom***

      Bridget B. Romero
      Ellen C. Rudolph
      Lathrop GPM LLP
      2345 Grand Boulevard, Suite 2200
      Kansas City, Missouri 64108
      bridget.romero@lathropgpm.com
      ellen.rudolph@lathropgpm.com

      *Attorneys for Defendant University of Kansas Physicians*

Dated: January 9, 2025          Respectfully submitted,

                                  **BERKOWITZ OLIVER LLP**

                                  By: /s/ Megan D. Costello
                                      Kathleen M. Nemechek   KS Bar No. 19083
                                      Megan D. Costello       KS Bar No. 27362
                                      2600 Grand Boulevard, Suite 1200
                                      Kansas City, Missouri 64108
                                      Telephone:  (816) 561-7007
                                      Facsimile:   (816) 561-1888
                                      knemechek@berkowitzoliver.com
                                      mcostello@berkowitzoliver.com

                                *Attorneys for Defendant The University of Kansas*

## CERTIFICATE OF SERVICE

     I certify that on January 9, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the District of Kansas using the CM/ECF system that will send a notice of electronic filing to all counsel of record.

                                        /s/ Megan D. Costello
                                        *Attorney for Defendant The University of Kansas*