IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| STEPHANIE THOM, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION |
| v. | ) | |
| | ) | No. 23-2517-KHV |
| UNIVERSITY OF KANSAS SCHOOL | ) | |
| OF MEDICINE, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## ORDER

On February 21, 2025, counsel notified the Court that the parties had reached a settlement in this matter.

**IT IS THEREFORE ORDERED** that the Clerk administratively terminate this action without prejudice to the rights of the parties to reopen the proceedings for good cause shown, for the entry of any stipulation or order, or for any other purpose required to obtain a final determination of the litigation.  On or before **March 31, 2025**, the parties shall file a stipulation of dismissal signed by the parties above who have appeared in the action, under Rule 41(a)(1) of the Federal Rules of Civil Procedure.  If no such stipulation is received within the specified time and the parties have not moved to reopen the case for the purpose of obtaining a final determination, this order shall constitute, for purposes of Rule 58 of the Federal Rules of Civil Procedure, entry of final judgment and dismissal with prejudice of all claims and/or counterclaims under Rule 41(a)(2).

**IT IS FURTHER ORDERED** that should the parties move to reopen the case within the allotted timeframe, they should be prepared to proceed with trial on the previously scheduled date of September 2, 2025.  The parties are reminded that settlement negotiations,

**execution of final settlement paperwork and/or performance of a settlement agreement will not constitute grounds to continue the trial.**

**IT IS SO ORDERED**.

Dated this 25th day of February, 2025 at Kansas City, Kansas.

s/ Kathryn H. Vratil
KATHRYN H. VRATIL
United States District Judge
