UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| STEPHANIE THOM, | ) |
| | ) |
|    Plaintiff | ) |
| | ) |
| v. | )   Case No. 23-2517-KHV-GEB |
| | ) |
| THE UNIVERSITY OF KANSAS SCHOOL OF MEDICINE, and | ) ) |
| | ) |
| UNIVERSITY OF KANSAS PHYSICIANS, | ) |
| | ) |
|    Defendants. | ) |

**STIPULATION OF DISMISSAL**

Plaintiff, Stephanie Thom, and Defendants The University of Kansas, and University of Kansas Physicians, by and through their respective attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby stipulate that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Respectfully submitted,

**Krigel Nugent + Moore, P.C.**

/s/ *Sean R. Cooper*
Lara Krigel Pabst D. Kan. No. 24454
Sean R. Cooper, D. Kan. No. 26517
4520 Main Street, Suite 700
Kansas City, Missouri 64111
Telephone: (816) 756-5800
lpabst@knm.com
scooper@knm.com
*Attorney for Plaintiff*

**Berkowitz Oliver LLP**

*/s/ Megan Costello*
Megan Costello KS #27362
Kathleen Nemechek KS #19083
2600 Grand Blvd., Ste. 1200
Kansas City, MO 64108
mcostello@berkowitzoliver.com
KNemechek@BerfkowitzOliver.com
*Attorneys for Defendant The University of Kansas*

**Lathrop GPM**

/s/ *Ellen C. Rudolph*
Ellen C. Rudolph KS #27945
Bridget Romero KS #21938
2345 Grand Blvd., Ste. 2200
Kansas City, MO 64108
Ellen.rudolph@lathropgpm.com
bridget.romero@lathropgpm.com
*Attorneys for Defendant University of Kansas Physicians*

## CERTIFICATE OF SERVICE

    I hereby certify that on this March 31, 2025, the foregoing document was electronically filed with the Court.

*/s/ Sean R. Cooper*
**ATTORNEYS FOR PLAINTIFF**

2